1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Richard C. Burson
4  Assistant United States Attorney
   402 E. Yakima Ave., Ste. 210
5  Yakima, WA 98901-2760
6  Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 0 4 2022

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 1:22-CR-2002-MKD |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. §§ 113(a)(3), 1153 |
| SKYLAR CULPS, | Assault with a Dangerous Weapon |
| Defendant. | |

The Grand Jury charges:

On or about December 8, 2021, in the Eastern District of Washington, within the external boundaries of the Yakama Nation, in Indian Country, the Defendant, SKYLAR CULPS, an Indian, did knowingly assault J.L. with a dangerous weapon,

//

//

//

INDICTMENT – 1

to wit: a knife, with intent to do bodily harm, all in violation of 18 U.S.C. §§ 113(a)(3), 1153.

DATED this 4 day of January 2022.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Richard C. Burson*
Richard C. Burson
Assistant United States Attorney

INDICTMENT – 2