## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>SKYLER CULPS,<br><br>　　　　　　　　Defendant. | Case No. 1:22-CR-2002-MKD-1<br><br>**CRIMINAL MINUTES**<br><br>DATE:　5/10/2022<br><br>LOCATION:　Yakima<br><br>**CHANGE OF PLEA** |

**JUDGE MARY K DIMKE**

| Tonia Ramirez<br>Linda Hansen<br>**Courtroom Deputy** | LC 02<br><br>**Law Clerk** | <br><br>**Interpreter** | Crystal Hicks<br><br>**Court Reporter** |
|---|---|---|---|
| Richard Burson and Matthew Stone<br><br>**Plaintiff's Counsel** | | Nick Mirr and Ben Hernandez<br><br>**Defendants' Counsel** | |

**[ X ] Open Court**　　　　　　　　　　　　**[  ] Probation:**

Defendant is present and out of custody.

An original, signed Plea Agreement was previously provided to the Court.

Oath administered to defendant for change of plea.   Defendant confirmed his true and correct name.

The Court advised the defendant of rights given up by entering a guilty plea including the right to a jury trial. The Court confirmed defendant's understanding of the elements and facts depicted in the Plea Agreement, which would need to be proven to obtain a conviction. The Court advised the defendant that he will be giving up certain rights to appeal.

Defendant pleaded guilty to the Indictment and the Court accepted his plea. The Court finds the defendant fully competent and aware of the charges against him; and that he knowingly and voluntarily entered into the Plea Agreement.

The Court ordered a pre-sentence report and set sentencing for **8/11/2022 at 1:30 p.m. in Yakima.**

The defendant shall remain on the previously imposed conditions of release.

| CONVENED:　1:41 PM | ADJOURNED:　1:59 PM | TIME: 18 MINS | [ X] ORDER FORTHCOMING |
|---|---|---|---|