## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>SKYLER CULPS,<br><br>　　　　　　　　　Defendant. | Case No. 1:22-CR-2002-MKD-1<br><br>**CRIMINAL MINUTES**<br><br>DATE:   8/16/2022<br><br>LOCATION:  Yakima<br><br>**SENTENCING** |

| JUDGE MARY K DIMKE | | | |
|---|---|---|---|
| Linda Hansen | LC 02 | | Liberty – YAK/203 |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Matthew Stone and Richard Burson | | Nick Mirr and Ben Hernandez | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

**[ X ] Open Court**　　　　　　　　　　　　　　**[ X ] Probation:**  Carrie Valencia

Defendant is present and out of custody.

The Court confirmed the parties are ready to proceed to sentencing and advised the parties of the documents the Court has reviewed.

The Court confirmed with the Government that the appropriate victim notifications have been made and no restitution has been requested.

Mr. Mirr advised that he has reviewed the Presentence Report with the defendant.

Mr. Stone presented recommendations for sentencing on behalf of the Government.

Mr. Mirr provided sentencing recommendations on behalf of the defendant.

The Defendant's sponsor, Mr. Brent Arts, addressed the Court on the defendant's behalf.

The Defendant addressed the Court on his own behalf.

The Court addressed the Defendant and pronounced sentence.

**Imprisonment**:   A year and a day

The Court will make the following recommendations to BOP:

Defendant be housed at SeaTac FCI and receive credit for the time served in federal custody prior to sentencing in this matter.

**Supervised Release**:   3 years, with conditions as indicated in the PreSentence Report

**Fine**:   waived

**Special Penalty Assessment**:   $100.00

**Restitution:**   None

Notice of appeal rights given.

Defendant shall report for sentencing as directed by his Probation Officer/BOP.

| CONVENED:  10:00 AM | ADJOURNED: 10:32 AM | TIME:  32 MINS | [ ] ORDER FORTHCOMING |
|---|---|---|---|